[No. 8472–4–II.   Division Two.   November 6, 1986.]

DON BENNETT, *Respondent,* v. TAT (U.S.A.)
CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83–2–00675–5, John W. Schumacher, J., entered January 21, 1985. *Affirmed* by unpublished

opinion per Hanley, J. Pro Tem., concurred in by Alumbaugh and Brachtenbach, JJ. Pro Tem.